**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TREMAYNE SCOTT** and **JOSHUA LEWIS**, | Case No. 4:26-cv-03124 |
| Plaintiffs, | |
| v. | |
| **ROB JEFFREYS**, in their official capacity as the Director of the Nebraska Department of Correctional Services, *et al.*, | **MOTION TO CONTINUE TEMPORARY RESTRAINING ORDER HEARING** |
| Defendants. | |

Pursuant to Plaintiffs' Emergency Motion for Temporary Restraining Order, this Court scheduled Plaintiffs' motion for hearing on April 16, 2026, at 10:00 a.m. Shortly before the hearing, Plaintiffs' counsel learned that the Defendants have lifted the suspension that is the subject of this lawsuit. Upon learning this, Plaintiffs' counsel called the Court to explain this development and to inquire about how to proceed.

Accordingly, Plaintiffs submit this Motion to Continue the Temporary Restraining Order Hearing.


Dated: April 16, 2026                                    Respectfully submitted,


1

/s/ Carter T. Matt
Carter T. Matt, #28169
Grant L. Friedman, #27862
Jennifer M. Houlden, #23611
ACLU of Nebraska Foundation
134 S. 13th St., Ste. #1010
Lincoln, NE 68508
cmatt@aclunebraska.org
(402) 476-8091

/s/ Danelle Smith
Danelle Smith, #22717
Andrea Snowball, #27097
Big Fire Law & Policy Group LLP
272 Ho-Chunk Plaza, Ste. A
Winnebago, NE 68071
dsmith@bigfirelaw.com
(402) 307-9905

Attorneys for Plaintiffs

2