**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**TREMAYNE SCOTT** and **JOSHUA LEWIS**,

Plaintiffs,

v.

**ROB JEFFREYS**, in their official capacity as the Director of the Nebraska Department of Correctional Services, *et al.*,

Defendants.

Case No. 4:26-cv-03124

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiffs, Tremayne Scott and Joshua Lewis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and a settlement agreement reached between the parties, hereby voluntarily dismiss with prejudice their Amended Complaint against all Defendants in its entirety.

DATED this 29th day of July, 2026.

Tremayne Scott and Joshua Lewis,
Plaintiffs.

/s/ Carter T. Matt
Carter T. Matt, #28169
Grant L. Friedman, #27862
Jennifer M. Houlden, #23611
ACLU of Nebraska Foundation
134 S. 13th St., Ste. #1010
Lincoln, NE 68508
cmatt@aclunebraska.org
(402) 476-8091

/s/ Danelle Smith
Danelle Smith, #22717
Andrea Snowball, #27097
Big Fire Law & Policy Group LLP
272 Ho-Chunk Plaza, Ste. A
Winnebago, NE 68071
dsmith@bigfirelaw.com
(402) 307-9905

Attorneys for Plaintiffs